In the Matter of the Final Judicial Settlement of the Account of Proceedings of TITLE GUARANTEE AND TRUST COMPANY and NELLIE K. ROSENTHAL, as Executors, etc., of CHARLES ROSENTHAL, Deceased. BABETTE BLAUNER and Others, Appellants; TITLE GUARANTEE AND TRUST COMPANY, as Executor and Trustee, etc., of CHARLES ROSENTHAL, Deceased, Respondent.— Decree of the Surrogate's Court of Nassau County denying an application to vacate a decree on an executors' accounting, entered September 29, 1932, and order, in so far as it denies appellants' motion for an examination of the respondent before trial and directs the parties to submit proof on the issues, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of THE PEOPLES NATIONAL BANK AND TRUST COMPANY OF WHITE PLAINS, as Substituted Trustee of the Last Will and Testament of HESTER WASHBURN, Deceased. IRVING W. YOUNG, JR., and ALINE Y. CALLANDER, Appellants; DOROTHY M. BARCLAY and FREDERICK L. CADMAN, as Trustees, etc., of HARRY A. MOODY, Deceased, and THE PEOPLES NATIONAL BANK AND TRUST COMPANY OF WHITE PLAINS, as Substituted Trustee, etc., of HESTER WASHBURN, Deceased, Respondents.— Appeal from a decree of the Surrogate's Court of Westchester County judicially settling the account of a testamentary trustee. The remaindermen appeal from provisions in the decree adjudicating the validity of the assignment of their right, title and interest in the estate of Hester Washburn, deceased, as security for the payment of an obligation, evidenced by a note, and from a direction in the decree that so much of the remainder as is necessary to satisfy the obligation, as reduced to judgment, be paid to the respondents Cadman and Barclay, as trustees, in accordance with the assignment. Decree unanimously affirmed, with costs to the respondents filing a brief, payable by appellants personally. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.